# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN GREMMELS,<br><br>          Plaintiff,<br><br>    v.<br><br>APPLE, et al.,<br><br>          Defendants. | Case No. 21-cv-06073-SK<br><br>**ORDER OF SUA SPONTE REFERRAL** |

Pursuant to Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to Judge Joseph C. Spero to determine whether it is related to *Gremmels v. Somkin, et al.*, Case No. 21-cv-05395-JCS.

**IT IS SO ORDERED**.

Dated: August 25, 2021

_____
SALLIE KIM
United States Magistrate Judge